AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

JAY SRINIVASAN

V.

SIEMENS BUSINESS SERVICES, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05 - 10900 GAO**

TO: (Name and address of Defendant)

> Siemens Business Services, Inc.
> c/o Corporation Service Company
> 84 State Street
> Boston, Massachusetts 02109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Robert H. Flynn
> Flynn Law Firm, P.C.
> 27 Mica Lane
> Wellesley, Massachusetts 02481

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

MAY 3 - 2005

DATE

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

Suffolk, ss.

May 25, 2005

I hereby certify and return that on 5/24/2005 at 4:00PM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to B.Montanez, agent and person in charge at the time of service for Siemens Business Services, inc., at , 84 State Street, C/o Corproation Services Boston, MA 02108. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff   John Cotter

_Deputy Sheriff_

---

**RETURN OF SERVICE**

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|

_Check one box below to indicate appropriate method of service_

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date              Signature of Server

_____
Address of Server