UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JAY SRINIVASAN,<br><br>  Plaintiff<br><br>v.<br><br>SIEMENS BUSINESS SERVICES, INC.,<br><br>  Defendant | )<br>)<br>)<br>)<br>)<br>) Case No.: 05-10900-GAO<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE

Kindly enter my appearance as counsel for defendant Siemens Business Services, Inc. in the above-captioned action.

Respectfully submitted,

_____
Michael G. Tracy
BBO No.: 501320
RUDOLPH FRIEDMANN LLP
92 State Street
Boston, MA 02109
(617) 371-4322
mtracy@rflawyers.com

Dated: June 10, 2005

- 2 -

## CERTIFICATE OF SERVICE

I, Michael G. Tracy, hereby certify that on the 10th day of June 2005, I made service of the foregoing notice of appearance by causing a copy thereof to be transmitted by first-class mail, postage prepaid, to the office of each of the following:

Robert H. Flynn, Esq.
Flynn Law Firm, P.C.
27 Mica Lane
Wellesley, MA  02481

Jean L. Schmidt, Esq.
Brown Raysman Millstein Felder & Steiner LLP
900 Third Avenue
New York, NY  10022

_____
Michael G. Tracy