UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAY SRINIVASAN, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>SIEMENS BUSINESS SERVICES, INC., )<br>)<br>Defendant )<br>) | Case No.: 05-10900-GAO |

**ASSENTED-TO MOTION OF DEFENDANT SIEMENS BUSINESS
SERVICES, INC. FOR ENLARGEMENT OF TIME IN WHICH TO
RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Siemens Business Services, Inc. ("Siemens") hereby moves, in accordance with Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement, to and including June 27, 2005, of the time in which it may serve its answer, motion or other response to the plaintiff's complaint in this action. The ground of this motion is that Siemens requires additional time to prepare and serve an appropriate response to the complaint. Therefore, cause exists for the requested enlargement to be granted.

In compliance with Local Rule 7.1, undersigned counsel certifies that he has conferred with counsel for the plaintiff concerning this motion, who has expressed his assent to it.

- 2 -

WHEREFORE, Siemens respectfully moves that the court enter an order enlarging the time in which Siemens may serve its response to the complaint to and including June 27, 2005.

Respectfully submitted,

_____
Michael G. Tracy
BBO No.: 501320
RUDOLPH FRIEDMANN LLP
92 State Street
Boston, MA  02109
(617) 371-4322
mtracy@rflawyers.com

Dated:  June 10, 2005

- 3 -

## CERTIFICATE OF SERVICE

I, Michael G. Tracy, hereby certify that on the 10th day of June 2005, I made service of the foregoing assented-to motion of defendant Siemens Business Services, Inc. for enlargement of time in which to respond to plaintiff's complaint by causing a copy thereof to be transmitted by first-class mail, postage prepaid, to the office of each of the following:

Robert H. Flynn, Esq.
Flynn Law Firm, P.C.
27 Mica Lane
Wellesley, MA  02481

Jean L. Schmidt, Esq.
Brown Raysman Millstein Felder & Steiner LLP
900 Third Avenue
New York, NY  10022

_____
Michael G. Tracy