UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JAY SRINIVASAN,<br><br>    Plaintiff<br><br>v.<br><br>SIEMENS BUSINESS SERVICES, INC.,<br><br>    Defendant | Civil Action No.: 05-10900-GAO |

## CERTIFICATE OF JEAN L. SCHMIDT IN SUPPORT OF
## MOTION FOR ADMISSION PRO HAC VICE

I, Jean L. Schmidt, in accordance with Local Rule 83.5.3, hereby certify as follows:

1.  I am an attorney admitted to practice before the courts of the states of New York, New Jersey and California; the United States District Courts for the Southern, Eastern and Western Districts of New York, the Northern District of California, the District of New Jersey and the District of Arizona; and the United States Courts of Appeals for the Second, Fourth, Sixth and Ninth Circuits.

2.  I am a member in good standing of the bar of every jurisdiction in which I have been admitted to practice. Submitted herewith is a certificate of good standing issued by the clerk of the United States District Court for the Southern District of New York, the jurisdiction in which I primarily practice.

3.  There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction.

4. I am familiar with the facts and issues underlying this dispute and with the Local Rules of this court.

*[signature]*
Jean L. Schmidt

Dated: June 23, 2005

## CERTIFICATE OF SERVICE

I, Michael G. Tracy, hereby certify that on the 24th day of June 2005, I made service of the foregoing certificate of Jean L. Schmidt in support of motion for admission *pro hac vice* by causing a copy thereof to be transmitted by first-class mail, postage prepaid, to the office of each of the following:

Robert H. Flynn, Esq.
Flynn Law Firm, P.C.
27 Mica Lane
Wellesley, MA  02481

Jean L. Schmidt, Esq.
Brown Raysman Millstein Felder & Steiner LLP
900 Third Avenue
New York, NY  10022

*[signature]*
Michael G. Tracy
BBO No.: 501320
RUDOLPH FRIEDMANN LLP
92 State Street
Boston, MA  02109
(617) 371-4322
mtracy@rflawyers.com

CSDNY (11/99) Certificate of Good Standing

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, <u>J. Michael McMahon,</u> Clerk of this Court, certify that

<u>JEAN L. SCHMIDT</u> , Bar # <u>JS1213</u>

was duly admitted to practice in this Court on

<u>NOVEMBER 8TH, 1983</u> , and is in good standing

as a member of the Bar of this Court.

Dated at  500 Pearl Street
New York, New York       on       JUNE 23RD, 2005

<u>J. Michael McMahon</u>    by    <u>/s/ Roberto Miranda</u>
Clerk                                            Deputy Clerk