UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JAY SRINIVASAN, <br><br> Plaintiff <br><br> v. <br><br> SIEMENS BUSINESS SERVICES, INC., <br><br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.: 05-10900-GAO <br> ) <br> ) <br> ) <br> ) |

**DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Siemens Business Services, Inc. states that it is a wholly-owned subsidiary of Siemens Corporation which is a wholly-owned subsidiary of Siemens, A.G., a publicly-traded company.

                                                Defendant
                                                SIEMENS BUSINESS SERVICES, INC.
                                                By its attorney,

                                                /s/ Michael G. Tracy
                                                Michael G. Tracy
                                                BBO No.: 501320
                                                RUDOLPH FRIEDMANN LLP
                                                92 State Street
                                                Boston, MA 02109
                                                (617) 371-4322
                                                mtracy@rflawyers.com

                                                Jean L. Schmidt
                                                Motion for *Pro Hac Vice* admission pending
                                                BROWN RAYSMAN MILLSTEIN FELDER
                                                & STEINER LLP
                                                900 Third Avenue
                                                New York, NY 10022
                                                (212) 895-2390

Dated: June 28, 2005

## CERTIFICATE OF SERVICE

I, Michael G. Tracy, hereby certify that on the 28th day of June 2005, I made service of the foregoing disclosure statement pursuant to Fed. R. Civ. P. 7.1 by causing a copy thereof to be transmitted by first-class mail, postage prepaid, to the office of each of the following:

Robert H. Flynn, Esq.
Flynn Law Firm, P.C.
27 Mica Lane
Wellesley, MA 02481

Jean L. Schmidt, Esq.
Brown Raysman Millstein Felder & Steiner LLP
900 Third Avenue
New York, NY 10022

_____
Michael G. Tracy