UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAY SRINIVASAN,<br><br>　　Plaintiff<br><br>v.<br><br>SIEMENS BUSINESS SERVICES, INC.,<br><br>　　Defendant | Civil Action No.: 05-10900-GAO |

### ASSENTED-TO MOTION TO CONTINUE INITIAL SCHEDULING CONFERENCE

Defendant Siemens Business Services, Inc. ("Siemens") hereby moves to continue the initial scheduling conference in the above-captioned action currently scheduled for October 25, 2005. As grounds for this motion, Siemens states that its principal counsel in this action, Jean L. Schmidt, has a court appearance scheduled for the morning of October 26, 2005, in Los Angeles, California, making it difficult for her to be in Massachusetts in connection with this case in the afternoon of October 25, 2005. Accordingly, Siemens requests a continuance of the scheduling conference for one week, to November 1, 2005, or to another date convenient for the court. The plaintiff has assented to this motion.

WHEREFORE, Siemens moves the court to continue the initial scheduling conference in this action to November 1, 2005, or to another date convenient for the court.

- 2 -

        Defendant
        SIEMENS BUSINESS SERVICES, INC.
        By its attorneys,

        _____
        Michael G. Tracy
        BBO No.: 501320
        RUDOLPH FRIEDMANN LLP
        92 State Street
        Boston, MA 02109
        (617) 371-4322
        mtracy@rflawyers.com

        Jean L. Schmidt
        BROWN RAYSMAN MILLSTEIN FELDER
        & STEINER LLP
        900 Third Avenue
        New York, NY 10022
        (212) 895-2390

Dated: September 6, 2005

## CERTIFICATE OF SERVICE

I, Michael G. Tracy, hereby certify that on the 6th day of September 2005, I made service of the foregoing assented-to motion to continue initial scheduling conference by causing a copy thereof to be transmitted by first-class mail, postage prepaid, to the office of each of the following:

Robert H. Flynn, Esq.
Flynn Law Firm, P.C.
27 Mica Lane
Wellesley, MA  02481

Jean L. Schmidt, Esq.
Brown Raysman Millstein Felder & Steiner LLP
900 Third Avenue
New York, NY  10022

*/s/ Michael G. Tracy*
Michael G. Tracy