UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JAY SRINIVASAN,
    Plaintiff,

v.                                     Civil Action No. 1:05-CV-10900-GAO

SIEMENS BUSINESS SERVICES, INC.,
    Defendant.

### PLAINTIFF'S ALTERNATIVE DISPUTE RESOLUTION CERTIFICATION

Pursuant to Local Rule 16.1(d), Plaintiff Jay Srinivasan and his counsel Robert H. Flynn hereby affirm that they have conferred with a view to establishing a budget for the costs of conducting the full course and alternatives to the above-captioned litigation and have considered the possibilities of resolving the litigation through the use of alternative dispute resolution programs.

Respectfully submitted,
Plaintiff,

_____
Jay Srinivasan

Respectfully submitted,
Counsel for Plaintiff,

_____
Robert H. Flynn (BBO #172900)
Flynn Law Firm, P.C.
27 Mica Lane
Wellesley, MA 02481
(781) 239-1005

Dated: October 25, 2005
Q:\Srinivasan 04012049\Pleading\ adr certification.doc