UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
JAY SRINIVASAN,                    )
                                   )
        Plaintiff                  )
                                   )
v.                                 )    Case No.: 05-10900-GAO
                                   )
SIEMENS BUSINESS SERVICES, INC.,   )
                                   )
        Defendant                  )
_____)

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(d)

This will certify that counsel for Siemens Business Services, Inc. have conferred with Philip J. Paseltiner, Esq., Counsel, (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____        _____
Philip J. Paseltiner                     Jean L. Schmidt , *pro hac vice*
Counsel                                  Brown Raysman Millstein
Siemens Corporation                      Felder & Steiner LLP
c/o Siemens Business Services, Inc.      900 Third Avenue
101 Merritt 7, 6th Floor                 New York, NY  10022
Norwalk, CT  06851
                                         Attorneys for Defendant