UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JAY SRINIVASAN, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action |
| | ) | No.: 05-10900-GAO |
| SIEMENS BUSINESS SERVICES, INC., | ) ) | |
|     Defendant. | ) | |

## JOINT MOTION TO ENLARGE DISCOVERY DEADLINE

The parties move to enlarge the discovery deadline on the following grounds:

1. Fact discovery is currently scheduled to be completed by March 24, 2006.

2. The plaintiff intends to take the depositions of several additional witnesses.

3. This is the first discovery extension being sought by the parties.

4. The parties are proceeding diligently to complete discovery and need the additional time to complete the fact discovery phase of this case.

5. The parties jointly request that the court extend the fact discovery phase of the case to June 23, 2006.

                                          Respectfully submitted,

                                          JAY SRINIVASAN
                                          By his attorneys,

                                          FLYNN LAW FIRM, P.C.

                                          */s/ Robert H. Flynn*
                                          Robert H. Flynn
                                          BBO No.: 172900
                                          27 Mica Lane
                                          Wellesley, MA 02481
                                          (781) 239-1005

SIEMENS BUSINESS SERVICES, INC.
By its attorneys,

BROWN RAYSMAN MILLSTEIN
  FELDER & STEINER LLP


*/s/ Jean L. Schmidt*
Jean L. Schmidt (*pro hac vice*)
900 Third Avenue
New York, New York 10022
(212) 895-2000


RUDOLPH FRIEDMANN LLP
Michael G. Tracy
BBO No.: 501320
92 State Street
Boston, MA 02109
(617) 371-4322


Dated: March 14, 2006