UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JAY SRINIVASAN,   )<br>   )<br>    Plaintiff   )<br>   )<br>v.   )<br>   )<br>SIEMENS BUSINESS SERVICES, INC.,   )<br>   )<br>    Defendant   )<br>   ) | Civil Action No.:  05-10900-GAO |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE**

Plaintiff Jay Srinivasan and defendant Siemens Business Services, Inc. hereby move to continue the status conference currently scheduled for April 3, 2006.  As grounds for this motion, the parties state that the deadline for completion of fact discovery in this action has been enlarged to June 23, 2006 (see joint motion to extend discovery, docketed as paper no. 14, and the court's order allowing that motion, docketed on March 15, 2006).  Accordingly, the parties request a postponement of the status conference until after fact discovery has been completed.

WHEREFORE, the parties request that the court enter an order continuing the April 3, 2006 status conference to a date convenient for the court after June 23, 2006.

Respectfully submitted,

JAY SRINIVASAN
By his attorneys,

FLYNN LAW FIRM, P.C.

*/s/ Robert H. Flynn*
_____
Robert H. Flynn
BBO No.: 172900
27 Mica Lane
Wellesley, MA 02481
(781) 239-1005

SIEMENS BUSINESS SERVICES, INC.
By its attorneys,

BROWN RAYSMAN MILLSTEIN
FELDER & STEINER LLP

*/s/ Jean L. Schmidt*
_____
Jean L. Schmidt (*admitted pro hac vice*)
900 Third Avenue
New York, New York 10022
(212) 895-2000


RUDOLPH FRIEDMANN LLP
Michael G. Tracy
BBO No.: 501320
92 State Street
Boston, MA 02109
(617) 371-4322

Dated: March 30, 2006