UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JAY SRINIVASAN, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>SIEMENS BUSINESS SERVICES, INC., )<br>)<br>Defendant )<br>) | Civil Action No.: 05-10900-GAO |

### JOINT MOTION TO ENLARGE DISCOVERY DEADLINE AND
### TO CONTINUE STATUS CONFERENCE

The parties hereby jointly move to enlarge the discovery deadline and to continue the status conference currently scheduled for June 28, 2006, on the following grounds:

1. Fact discovery is currently scheduled to be completed by June 23, 2006.

2. The plaintiff intends to take the depositions of several additional witnesses. Scheduling those depositions has proven to be difficult because most of the deponents are non-parties and are located outside of Massachusetts.

3. The parties are proceeding diligently with discovery and need the additional time in order to complete the fact discovery phase of this case.

4. This is the second discovery extension being sought by the parties.

5. The parties respectfully request that the court extend the fact discovery phase of the case to August 23, 2006.

6. Since the status conference was scheduled to be held after discovery has been completed, the parties further request that the status conference currently scheduled for June 28,

2006, be continued to a date after August 23, 2006, so that fact discovery will have been completed by the time the status conference is held.

WHEREFORE, the parties jointly move that the court enter an order enlarging the discovery deadline in this action to August 23, 2006, and continuing the status conference to a date after August 23, 2006.

| Plaintiff | Defendant |
|---|---|
| JAY SRINIVASAN | SIEMENS BUSINESS SERVICES, INC. |
| By his attorney, | By its attorneys, |
| | |
| */s/ Robert H. Flynn* | */s/ Jean L. Schmidt* |
| _____ | _____ |
| Robert H. Flynn | Jean L. Schmidt |
| BBO No.: 172900 | Admitted *Pro Hac Vice* |
| FLYNN LAW FIRM, P.C. | BROWN RAYSMAN MILLSTEIN FELDER |
| 27 Mica Lane |    & STEINER LLP |
| Wellesley, MA  02481 | 900 Third Avenue |
| (781) 239-1005 | New York, NY  10022 |
| | (212) 895-2390 |
| | |
| | Michael G. Tracy |
| | BBO No.:  501320 |
| | RUDOLPH FRIEDMANN LLP |
| | 92 State Street |
| | Boston, MA  02109 |
| | (617) 371-4322 |

Dated: June 1, 2006