UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAY SRINIVASAN,<br>　　Plaintiff,<br><br>v.<br><br>SIEMENS BUSINESS SERVICES,<br>INC.,<br>　　Defendant. | )<br>)<br>)　C.A. NO.: 05-CV-10900<br>)<br>)<br>)　**STIPULATION AND ORDER OF**<br>)　**DISMISSAL WITH PREJUDICE**<br>)<br>) |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties to the above-captioned action pursuant to Fed. R. Civ. P. Rule 41(a), that this action be, and it hereby is, dismissed with prejudice.

Dated: Boston, Massachusetts
　　　　August 22, 2006

FLYNN LAW FIRM, P.C.

By: _____
　Robert. H. Flynn
　27 Mica Lane
　Wellesley, MA 02481
　(781) 239-1005
　Attorneys for Plaintiff

BROWN RAYSMAN MILLSTEIN FELDER
& STEINER LLP

By: _____
　Jean L. Schmidt (pro hac vice)
　900 Third Avenue
　NY, NY 10022
　(212) 895-2390

RUDOLPH FRIEDMANN LLP
　Michael G. Tracy
　BBO No.: 501320
　92 State Street
　Boston, MA 02109
　(617) 371-4322

　Attorneys for Defendant

SO ORDERED:
_____
GEORGE A. O'TOOLE, JR., U.S.D.J.

Date: 8/31/06